1  HALLAM & HOCHBERG, LLP
   WILLIAM I. HOCHBERG   (SBN 150265)
2  DANIEL MATUSOV        (SBN 286347)
3  whochberg@hallamhochberg.com
   201 Santa Monica Boulevard, Suite 300
4  Santa Monica, California 90401
   Tel:   (310) 393-4006
5  Fax:   (310) 564-7623

6

7  Attorneys for Plaintiff Bonnie Schiffman

8              UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

11  BONNIE SCHIFFMAN, an individual,        Case No:

12            Plaintiff,                    CV14-6901 AB PJWx

13     vs.                                  COMPLAINT FOR COPYRIGHT
                                            INFRINGEMENT
14  ROD STEWART, an individual; STEWART
    ANNOYANCES, LTD., a California
15  corporation; THE STIEFEL OFFICE,        [DEMAND FOR JURY TRIAL]
    LIMITED., a California corporation;
16  ANSCHUTZ ENTERTAINMENT GROUP,
    INC., a Colorado corporation dba AEG LIVE;
17  CAESARS ENTERTAINMENT
    CORPORATION, a Delaware corporation; and
18  DOES 1 through 25, inclusive,
              Defendants.
19

20  Plaintiff Bonnie Schiffman alleges:

21

22                   **NATURE OF THE ACTION**

23

24     1.  "Rod's Back" is a tagline referring to a comeback tour by famous singer Rod Stewart and

25  also to Plaintiff's iconic image of the back of Stewart's head with the unmistakable bouffant hair

26  style. Plaintiff created the image and it was licensed non-exclusively for a greatest hits album in

27  1989.  Then in 2013, Stewart and his handlers offered the photographer $1,500 to re-use the image

28  on a billboard.  Plaintiff turned down the offer.  Rather than finding a new image, Defendants simply

1

**COMPLAINT**

1   used a replicate image, an unmistakable copy, not only on a billboard, but as the centerpiece of a live

2   show at Caesars Palace in Las Vegas, a world tour, and ancillary products. In doing so, Defendants

3   have not only turned their back on Plaintiff but also on the law, as their unauthorized use of

4   Plaintiff's photograph is in violation of the Copyright Act of 1976, as amended, 17 U.S.C. §101 et.

5   seq.

6

7                                            **PARTIES**

8     2.   Plaintiff Bonnie Schiffman doing business as Bonnie Schiffman Photography ("Schiffman"

9   or "Plaintiff"), a resident of Los Angeles, California, is an internationally renowned photographer

10  who has captured defining images of hundreds of iconic celebrities, such as Steve Jobs, Michael

11  Jackson, Muhammad Ali, Steven Spielberg, Andy Warhol, Warren Buffet and many others.

12    3.   Defendant Rod Stewart is a famous singer and entertainer who, on information and belief,

13  resides in Los Angeles, California.

14    4.   Defendant Stewart Annoyances, Ltd., on information and belief, is a California corporation

15  with principal place of business located in Los Angeles, California, which  serves as defendant

16  Stewart's principal music business entity.

17    5.   Defendant The Stiefel Office Limited, on information and belief a California corporation

18  doing business as Stiefel Entertainment ("Stiefel") with its principal place of business located in Los

19  Angeles, California, is a music management firm which handles many facets of the business of its

20  clientelle, including Stewart.

21    6.   Defendant Anschutz Entertainment Group, Inc. ("AEG"), on information and belief, a

22  Delaware limited liability company with principal place of business located in Los Angeles,

23  California, is the world's second largest presenter of live music and entertainment, and is a wholly

24  owned subsidiary of Anschutz Entertainment Group, a Colorado corporation, which is a wholly-

25  owned subsidiary of The Anschutz Corporation, a Kansas corporation which regularly and

26  systematically conducts business in this district.

27    7.   Defendant Caesars Entertainment Corporation, on information and belief, is a Delaware

28  corporation with principal place of business located in Las Vegas, Nevada, which operates the

**HALLAM & HOCHBERG, LLP**
201 SANTA MONICA BLVD., STE. 300
SANTA MONICA, CALIFORNIA  90401

Caesars Palace casino, resort and entertainment venues in Las Vegas, Nevada, and which regularly and systematically conducts business in this district through advertising and promotion activities.

8.   The true names and capacities, whether individual, corporate, associate, or otherwise, of all Defendants sued herein as Does 1 through 25, are unknown to Plaintiff, who therefore sue said Defendants by such fictitious names.  Plaintiff will seek leave of the Court to amend this complaint to state their true names and capacities when the same have been ascertained.  Said Defendants are liable to Plaintiff because they either directly performed all or some of the acts alleged hereinafter or were acting as the agent, principal, alter ego, employee, representative, or otherwise participated in the acts alleged.

9.   Plaintiff is informed and believes, and on that basis avers, that at all times mentioned in this complaint, each of Defendants was the agent and/or alter ego of each of the other Defendants and, in doing the times alleged in this complaint, was acting within the course and scope of such agency.

## JURISDICTION AND VENUE

10.   Federal jurisdiction over Plaintiff's claims is conferred on this Court by 28 U.S.C. § 1338, as this action arises under the Copyright Act of 1976 (17 U.S.C. § 101 et. seq.).

11.   Venue is proper in this district as Stewart and the Plaintiff reside in the district and AEG and Stiefel are headquartered in the district. Defendants also regularly and systematically conduct business in this district and, therefore, are subject to personal jurisdiction in this district.

## SUBSTANCE OF THE ACTION

12.   Plaintiff is an internationally known celebrity photographer. She creates portraits and still lifes for album covers, books, advertising campaigns, magazines and other media around the world. Plaintiff manages production of all her photo shoots and designs her own sets, backdrops, lighting, props, positioning and timing. She retains copyrights to many, if not all, of her photographic works,

HALLAM & HOCHBERG, LLP
201 SANTA MONICA BLVD., STE. 300
SANTA MONICA, CALIFORNIA 90401

**COMPLAINT**

1  including the work at issue here.  Plaintiff and her work have attained worldwide fame, popularity
2  and recognition.

3     13.    In 1981, Plaintiff created a photograph of Rod Stewart ("Schiffman Image") featuring the
4  back of Rod Stewart's head and shoulders, with his signature bouffant hair style for which he was
5  known for several decades of his career.  Below is a true and correct copy of the Schiffman Image



14.    The Schiffman Image appeared on the cover of Rod Stewart's greatest hits anthology
album entitled "Storyteller", first released by Warner Bros. Records in 1989, subject to a non-
exclusive license from Plaintiff.  The Schiffman Image, as it appears on the Storyteller album cover,
is cropped so that only the left side appears.   Below is a true and correct copy of the Schiffman
Image embodied on the Storyteller album:



HALLAM & HOCHBERG, LLP
201 SANTA MONICA BLVD., STE. 300
SANTA MONICA, CALIFORNIA  90401

4

**COMPLAINT**

1

2    15.   The Schiffman Image is protected by United States Copyright Law and registered with the

3    United States Copyright Office. Plaintiff is the sole owner of the copyright and the registration.

4    16.   In late 2010, Arnold Stiefel, principal of defendant The Stiefel Office, Ltd. contacted

5    Schiffman by telephone and left a voice mail stating that he and Rod Stewart would like to use the

6    Schiffman Image on a billboard for a campaign called "Rod's Back", a double entendre signifying

7    both the artist's comeback and the upper posterior image featured in the Schiffman Image.

8    17.   Through an intermediary, Stiefel conveyed to Schiffman that he would pay a licensing fee

9    of $1,500 for the billboard usage of the Schiffman Image.  Schiffman indicated that the fee was too

10   low.  Stiefel said he would not offer any higher fee and that they would obtain another photograph

11   somewhere else.

12   18.   In or about February of 2013, Plaintiff learned that Defendants were using a replicate of

13   the Schiffman Image  ("Replicate Image") as the centerpiece of a "residency" show at Caesars

14   Palace in Las Vegas, Nevada.  The Replicate Image appears at live performances and on physical

15   signage, print advertising, tickets and online marketing in this District and elsewhere.

16

17   19.   True and correct copies of the Replicate Image are reproduced hereinbelow:

18



HALLAM & HOCHBERG, LLP
201 SANTA MONICA BLVD, STE. 300
SANTA MONICA, CALIFORNIA  90401

19

20

21

22

23

24

25

26

27

28

1

2

3   20.   On or about March 6, 2014, Plaintiff's counsel sent a cease and desist letter to Defendants

4   requesting that they account for all of their usages and pay a fair license fee therefor.

5   21.   On information and belief, Defendants, their agents, and employees had access to

6   Plaintiff's work at issue by virtue of its appearance on the Storyteller album cover, since at least

7   1985.

8   22.   Defendants have created and published the Replicate Image, knowingly and intentionally

9   using the famous and distinctive picture featured in the Schiffman Image. As such, Defendants have

10  created an unauthorized derivative work of Plaintiff's copyrighted photograph.

11  23.   Defendants, through their agents and employees, have misappropriated the most

12  recognizable elements of the Schiffman Image, if not the exact image itself, and utilized it as a

13  commercial vehicle to promote Rod Stewart and ancillary products.

HALLAM & HOCHBERG, LLP
201 SANTA MONICA BLVD., STE. 300
SANTA MONICA, CALIFORNIA 90401

14

15

16

17

18



19

20

21

22

23

24

25

26  24.   Defendants have willfully infringed upon Plaintiff's copyright of the Schiffman Image with

27  the intent to commercially exploit the artistic work to which they have no legal or proprietary rights.

28

25.    On information and belief, Defendants have been marketing, publishing, and distributing the infringing work without permission or license from Plaintiff, in violation of federal law, in other widely distributed print and billboard campaigns.

26.    If such use on the part of Defendants continues, Plaintiff will suffer irreparable harm of a continuing nature for which there is no plain, speedy or adequate remedy at law.

27.    By reason of the willful infringement of copyright by Defendants, Plaintiff has sustained injury, loss and damage to her ownership rights and Defendants have unlawfully, unfairly and wrongfully derived and will continue to derive income from these infringing acts. Defendants are being unjustly enriched by their infringement.

## CLAIM FOR RELIEF

### (Copyright Infringement Against All Defendants)

28.    Plaintiff repeats and re-alleges each and every foregoing and subsequent allegation contained in the Complaint, and further alleges as follows.

29.    Plaintiff is the original author and creator of the photograph currently being used and exploited by Defendants.

30.    Plaintiff possesses and is the rightful holder of the copyright, its registration and the interest in, to and under the Schiffman Image being used and exploited by Defendants.

31.    Defendants have infringed and are infringing Plaintiff's copyright in, to and under the Schiffman Image by creating a derivative, unauthorized work from it and using said derivative work for marketing, advertising, promoting, publicly distributing and benefiting from Plaintiff's copyrighted photograph without her consent or authorization.

32.    As a direct and proximate result of Defendants' copyright infringement, Plaintiff has sustained and will continue to sustain financial loss, harm to her artistic reputation, loss of good will, loss of profits, loss of business opportunities and loss of control over the marketing and use of her copyrighted photograph. Defendants have been unjustly enriched by its infringement.

HALLAM & HOCHBERG, LLP
201 SANTA MONICA BLVD., STE. 300
SANTA MONICA, CALIFORNIA  90401

33.    Defendants' infringing acts have been performed with knowledge of Plaintiff's copyrights and such acts were performed intentionally and willfully.

34.    Plaintiff has been damaged by Defendants' acts in an amount yet unascertained but to be proven at the time of trial.

WHEREFORE, Plaintiff demands judgment against Defendants as follows:

1.    Injunctive relief preliminarily and permanently enjoining Defendants, their subsidiaries, directors, officers, employees, agents, and all other persons or entities acting, by contract or agreement, in concert with it, or on behalf of it, directly or indirectly, from offering, providing, advertising, printing, distributing, selling or in any way making available to the public any photograph created by Plaintiff or any derivative work thereof;

2.    Injunctive relief compelling Defendants to return all originals, copies and negatives of Plaintiff's photograph and of any derivative work thereof to Plaintiff, and to destroy any and all digital or computer images Defendants have of Plaintiff's photograph in their possession, custody or control;

3.    Awarding to Plaintiff as against Defendants, compensatory damages in a sum of not less than $2,500,000;

4.    Awarding to Plaintiff as against Defendants, punitive damages in a sum of not less than $2,500,000;

5.    Awarding to Plaintiff as against Defendants, actual damages and any profits attributable to the infringement of Plaintiff's copyright by Defendants;

6.    Awarding to Plaintiff as against Defendants statutory damages based upon Defendants' acts of infringement pursuant to the Copyright Act of 1976, as amended, 17 U.S.C. § 101, et seq.;

7.    Awarding to Plaintiff as against Defendants, costs and reasonable attorney's fees incurred by virtue of this action; and

HALLAM & HOCHBERG, LLP
201 SANTA MONICA BLVD., STE. 300
SANTA MONICA, CALIFORNIA  90401

8

8. Granting Plaintiff such other and further relief as this Court may deem just and proper.

DATED:        September 4, 2014          HALLAM & HOCHBERG, LLP

By: _____
WILLIAM I. HOCHBERG
Attorneys for Plaintiff

HALLAM & HOCHBERG, LLP
201 SANTA MONICA BLVD., STE. 300
SANTA MONICA, CALIFORNIA 90401

1  Pursuant to Fed.R.Civ.P. 38, Plaintiff hereby demands a trial by jury on all claims so triable, other

2  than their request for injunctive relief.

6  DATED:        September 4, 2014              HALLAM & HOCHBERG, LLP

9              By: _____

              WILLIAM I. HOCHBERG
              Attorneys for Plaintiff

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

Bonnie Schiffman, an individual

)
)
)
)
)
_____
*Plaintiff(s)*
)
v.
)
ROD STEWART, an individual; STEWART ANNOYANCES, LTD., a
California corporation; THE STIEFEL OFFICE, LIMITED., a California
corporation; ANSCHUTZ ENTERTAINMENT GROUP, INC., a Colorado
corporation dba AEG LIVE; CAESARS ENTERTAINMENT
CORPORATION, a Delaware corporation; and DOES 1 through 25,
inclusive
)
)
)
)
)
_____
*Defendant(s)*
)

Civil Action No. **CV12 - 6901 AB· PJWx**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: SEP - 4 2014

_____
*Signature of Clerk or Deputy Clerk*

1184

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
## CIVIL COVER SHEET

| **I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ ) <br><br> BONNIE SCHIFFMAN, an individual | **DEFENDANTS** ( Check box if you are representing yourself ☐ ) <br><br> ROD STEWART, an individual; STEWART ANNOYANCES, LTD., a California corporation; THE STIEFEL OFFICE LTD., a California corporation; ET AL |
|---|---|
| **(b) County of Residence of First Listed Plaintiff**   LOS ANGELES <br> *(EXCEPT IN U.S. PLAINTIFF CASES)* | **County of Residence of First Listed Defendant**   LOS ANGELES <br> *(IN U.S. PLAINTIFF CASES ONLY)* |
| **(c)** Attorneys *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information. <br><br> HALLAM & HOCHBERG, LLP <br> 201 SANTA MONICA BLVD., SUITE 300 <br> SANTA MONICA, CA 90401  (310) 393-1388 | Attorneys *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information. |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☒ 3. Federal Question (U.S. Government Not a Party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding  ☐ 2. Removed from State Court  ☐ 3. Remanded from Appellate Court  ☐ 4. Reinstated or Reopened  ☐ 5. Transferred from Another District (Specify)  ☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No   (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No   ☒ **MONEY DEMANDED IN COMPLAINT:** $ 2,500,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
COPYRIGHT INFRINGEMENT INVOLVING UNAUTHORIZED USE OF PLAINTIFF'S PHOTOGRAPH IN MARKETING AND PUBLICITY FOR DEFENDANTS

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☒ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpratice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accommodations | ☐ 740 Railway Labor Act | |
| | ☐ 220 Foreclosure | | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

| **FOR OFFICE USE ONLY:** | Case Number: |  CV 14 - 6901 |
|---|---|---|

| CV-71 (11/13) | CIVIL COVER SHEET | Page 1 of 3 |
|---|---|---|

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
**CIVIL COVER SHEET**

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will most likely be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| **Question A: Was this case removed from state court?** | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| ☐ Yes ☒ No | ☐ Los Angeles | Western |
| If "no," go to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| **Question B: Is the United States, or one of its agencies or employees, a party to this action?** | If the United States, or one of its agencies or employees, is a party, is it: | | INITIAL DIVISION IN CACD IS: |
|---|---|---|---|
| | **A PLAINTIFF?** Then check the box below for the county in which the majority of DEFENDANTS reside. | **A DEFENDANT?** Then check the box below for the county in which the majority of PLAINTIFFS reside. | |
| ☐ Yes ☒ No | ☐ Los Angeles | ☐ Los Angeles | Western |
| If "no," go to Question C. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | ☐ Ventura, Santa Barbara, or San Luis Obispo | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | ☐ Riverside or San Bernardino | Eastern |
| | ☐ Other | ☐ Other | Western |

| **Question C: Location of plaintiffs, defendants, and claims?** (Make only one selection per row) | A. Los Angeles County | B. Ventura, Santa Barbara, or San Luis Obispo Counties | C. Orange County | D. Riverside or San Bernardino Counties | E. Outside the Central District of California | F. Other |
|---|---|---|---|---|---|---|
| Indicate the location in which a majority of plaintiffs reside: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Indicate the location in which a majority of defendants reside: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Indicate the location in which a majority of claims arose: | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |

**C.1. Is either of the following true? If so, check the one that applies:**

☐ 2 or more answers in Column C

☐ only 1 answer in Column C and no answers in Column D

Your case will initially be assigned to the
SOUTHERN DIVISION.
Enter "Southern" in response to Question D, below.

If none applies, answer question C2 to the right. ➡

**C.2. Is either of the following true? If so, check the one that applies:**

☐ 2 or more answers in Column D

☐ only 1 answer in Column D and no answers in Column C

Your case will initially be assigned to the
EASTERN DIVISION.
Enter "Eastern" in response to Question D, below.

If none applies, go to the box below. ⬇

Your case will initially be assigned to the
WESTERN DIVISION.
Enter "Western" in response to Question D below.

| **Question D: Initial Division?** | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, or C above: ➡ | WESTERN DIVISION |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES**: Has this action been previously filed **in this court** and dismissed, remanded or closed?  ☒ NO  ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES**: Have any cases been previously filed in **this court** that are related to the present case?  ☒ NO  ☐ YES

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**X. SIGNATURE OF ATTORNEY
(OR SELF-REPRESENTED LITIGANT):** _William I. Hochberg_    DATE: September 3, 2014

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |